# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>CITIBANK NA LONDON,<br><br>*Defendants-Appellees*. | **DISTRICT**<br><br>United States District Court for the Southern District of New York | **DOCKET NUMBER**<br><br>19-cv-03911 (VSB) |
| | **JUDGE**<br><br>Judge Vernon Broderick | **APPELLANT**<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof |

| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>David Elsberg<br>SELENDY GAY ELSBERG PLLC<br>1290 Ave. of Americas<br>New York, NY 10104<br>Tel: (212) 390-9000<br>Fax: (212) 390-9399<br>E-mail: delsberg@selendygay.com |
|---|---|---|
| **Check the applicable provision:**<br>☐ I am ordering a transcript.<br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☑ No transcribed proceedings<br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br>**METHOD OF PAYMENT**     ☐ Funds     ☐ CJA Voucher (CJA 21) | |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>    PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>    PREPARE TRANSCRIPT OF TRIAL<br><br>    PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS<br><br>    OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)** | |
| **If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.  *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.** | | |
| **COUNSEL'S SIGNATURE**<br>/s/ *David Elsberg* | **DATE**<br>10/07/2022 | |

| COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. | | |
|---|---|---|
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017