## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Fairfield Sentry Limited                     Docket No.: 22-2101

Lead Counsel of Record (name/firm) or Pro se Party (name): Carmine D. Boccuzzi, Jr. / Cleary Gottlieb Steen & Hamilton LLP

Appearance for (party/designation): Citibank NA London / Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously.   The short title, docket number, and citation are: _____
Fairfield Sentry Ltd. (In Liquidation) v. HSBC Private Bank (Suisse) SA, No. 11-4425
[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: All 426 related cases have not yet been docketed in this Court.  The Addendum lists each related appeal involving Citi defendants-appellees.

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
June 6, 2019                     OR that ([ ]) I applied for admission on_____or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:    /s/ Carmine D. Boccuzzi, Jr.
Type or Print Name: Carmine D. Boccuzzi, Jr.
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

**ADDENDUM**
**Related Cases Involving Citi Defendants-Appellees**

| Defendant(s) | Case Name | Bankr. Court Index No. | First Round Appeal Index No. | Second Round Appeal Index No. | Second Circuit Index No. |
|---|---|---|---|---|---|
| Citibank NA London | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM | 19-cv-03911-VSB | 21-cv-03529-VSB | 22-2101 |
| Citibank (Switzerland) AG | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | 10-ap-03640-CGM | 19-cv-04267-VSB | 21-cv-02997-VSB | 22-2308 |
| Citigroup Global Markets Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | 11-ap-02770-CGM | 19-cv-04396-VSB | 21-cv-04496-VSB | 22-2122 |
| Citivic Nominees Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | 10-ap-04100-CGM | 19-cv-04484-VSB | 21-cv-03243-VSB | 22-2216 |
| Cititrust (Bahamas) Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | 12-ap-01298-CGM | 19-cv-05106-VSB | 21-cv-03526-VSB | To be opened |
| Citibank (Switzerland) AG; Citivic Nominees Limited | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Co., et al.* | 10-ap-03634-CGM | 19-cv-05135-VSB | N/A | To be opened |
| Citibank Korea Inc. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc.* | 12-ap-01142-CGM | 19-cv-05109-VSB | 21-cv-03998-VSB | 22-2398 |