## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Fairfield Sentry Limited    Docket No.: 22-2101

Lead Counsel of Record (name/firm) or Pro se Party (name): Heather Lamberg / Winston & Strawn LLP

Appearance for (party/designation): Banco Bilbao Vizcaya Argentaria, S.A., (Portugal); BBVA Fundas Privianza; BBVA Grand Cayman; BBVA Miami; Blubank Ltd. / Appellees

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Heather Lamberg
Firm: Winston & Strawn LLP
Address: 1901 L Street, NW, Washington, D.C. 20036
Telephone: (202) 282-5274    Fax: (202) 282-5100
Email: hlamberg@winston.com

### RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on April, 5, 2022 OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/Heather Lamberg
Type or Print Name: Heather Lamberg
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.