

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**www.katten.com**

**MARK T. CIANI**
mark.ciani@katten.com
+1.212.940.6509 direct

BY ECF

December 2, 2022

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>    **Re: *In Re: Fairfield Sentry Limited*, No. 22-CV-2208 — Application to Withdraw Erroneous Notice of Appearance**

Dear Ms. O'Hagan Wolfe:

On October 13, 2022, an Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel was filed in the above referenced case listing Anthony L. Paccione and Mark T. Ciani as counsel for the entities listed as (i) RBC Dexia Investor Service Julius Baer Sicav and (ii) RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. This filing was made in error. Since the filing of our appearance in the District Court and upon further investigation, the entity named as RBC Dexia Investor Service Julius Baer Sicav does not exist. At the time of the filing, we were under the impression that by naming this fictional entity, the plaintiff in the matter may have intended to sue RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. Consequently, we made an appearance for that entity, even though it is not named in the case. We have since discovered that RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. has no connection to this case. We have brought this issue to the attention of the Plaintiffs-Appellants but no action was taken. Furthermore, this Court has already terminated my firm's Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel with respect to RBC Dexia Investor Service Julius Baer Sicav in an additional action (*In Re: Fairfield Sentry Limited*, No. 22-CV-2304) on November 9, 2022.

As such, we respectfully request that my firm's Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel with respect to RBC Dexia Investor Service Julius Baer Sicav and RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. be withdrawn.

# Katten

Page 2

We are happy to provide any additional information in these regards.

Respectfully,

*s/ Mark T. Ciani*
Mark T. Ciani
Partner