# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2208; 22-2101

**Caption [use short title]**

**Motion for:** Termination of Acknowledgment and Notice of Appearance, and Correct the Caption and Remove Parties

In Re: Fairfield Sentry Limited

**Set forth below precise, complete statement of relief sought:**

Motion for the Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel with respect to RBC Dexia Investor Service Julius Baer Sicav and RBC Investor Services Bank S.A. FKA RBC Dexia Investor Services Bank S.A. filed by Katten Muchin Rosenman LLP to withdrawn due to error; Motion to Correct the Caption and Remove RBC Dexia Investor Service Julius Baer Sicav because it is a fictional entity, and RBC Investor Services Bank, S.A. FKA RBC Dexia Investor Services Bank S.A. has no connection to this case.

**MOVING PARTY:** RBC Dexia Investor Service Julius Baer Sicav; RBC Investor Services Bank S.A. FKA RBC Dexia Investor Services Bank S.A.

**OPPOSING PARTY:** Fairfield Sentry Limited (In Liquidation)

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Anthony Paccione, Mark Ciani - Katten Muchin Rosenman LLP
50 Rockefeller Plaza, New York NY 10020, 212-940-8800
anthony.paccione@katten.com, mark.ciani@katten.com

**OPPOSING ATTORNEY:** David Elsberg; Selendy Gay & Elsberg
1290 Avenue of the Americas, New York NY 10104, 212-390-9004
delsberg@selendygay.com

*[name of attorney, with firm, address, phone number and e-mail]*

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York; Judge Vernon S. Broderick

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☒ No  If yes, enter date:_____

**Signature of Moving Attorney:**

*s/ Anthony Paccione*   **Date:** 12/9/2022   **Service by:** ☒ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

| | |
|---|---|
| In Re: Fairfield Sentry Limited,<br>　　　　Debtor. | Docket No. 22-2101 (Lead)<br>Docket No. 22-2208 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representative thereof,

　　　　Debtor - Appellant,

Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof,

　　　　Appellant,

Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof,

　　　　Consolidated - Appellant,

v.

Citibank NA London,
　　　　Appellee.

### DECLARATION OF ANTHONY L. PACCIONE IN SUPPORT OF THE MOTION TO TERMINATE ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE

ANTHONY L. PACCIONE, under penalty of perjury, declares:

1.　　I am a member of the bar of the State of New York and of this Court and a member of Katten Muchin Rosenman LLP. I submit this Declaration in support of the motion to terminate the Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel in this proceeding.

2.　　On October 13, 2022, an Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel was filed in the above referenced case listing Anthony L. Paccione and Mark T. Ciani as counsel for the entities listed as (i) RBC Dexia Investor Service Julius Baer Sicav and (ii) RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A in No. 22-CV-2208.

3.       This filing was made in error. Since the filing of our appearance in the District Court and upon further investigation, the entity named as RBC Dexia Investor Service Julius Baer Sicav does not exist. At the time of the filing, we were under the impression that by naming this fictional entity, the plaintiff in the matter may have intended to sue RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. Consequently, we made an appearance for that entity, even though it is not named in the case.  We have since discovered that RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. has no connection to this case.

4.       We have brought this issue to the attention of the Plaintiffs-Appellants but no action was taken.

5.       As such, we respectfully request that my firm's Acknowledgment and Notice of Appearance and Notice of Appearance as Additional Counsel with respect to RBC Dexia Investor Service Julius Baer Sicav and RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. be withdrawn.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2022.

*/s/ Anthony Paccione*
Anthony L. Paccione