# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-two.

_____

| | |
|---|---|
| In Re: Fairfield Sentry Limited,<br>     Debtor.<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | **ORDER** |
| Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representative thereof, | Docket Nos. 22-2101(L), 22-2208(Con) |
|       Debtor - Appellant, | |
| Fairfield Sigma Limited, (In Liquidation) acting by and through the Foreign Representative thereof, Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof, | |
|       Appellants, | |
| Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof, | |
|       Consolidated - Appellant, | |
| v. | |
| ABN AMRO Schweiz AG, AKA ABN AMRO (Switzerland) AG, Allianzbank SPA/Unifortune Conservative Side Pocket, Banca Arner SA, Banca Unione di Credito, Bank Hapoalim Switzerland Ltd., Bank Julius Baer & Co. Ltd., Bank J. Safra Sarasin AG, FKA Bank Sarasin & Cie, Banque Cantonale Vaudoise, BBVA (Suisse) SA, BCV AMC Defensive Al Fund, BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis, BNP Paribas (Suisse) SA Private, BSI AG, BSI Ex Banca Del Gottardo, Caceis Bank Luxembourg, Centrum Bank AG (AMS), Clariden Leu Ltd., Compagnie Bancaire Helvetique, Corner Banca SA, Credit Suisse AG Zurich, Dexia Banque | |

Internationale a Luxembourg, Dresdner Bank Schweiz, EFG Bank SA Switzerland, EFG Eurofinancier D'Invest MCL, Edmond de Rothschild (Suisse) S.A., Fairfield Investment Fund Ltd., Fairfield Investment GCI, Falcon Private Bank, FIF Advanced Ltd., Finter Bank Zurich, Harmony Capital Fund Ltd., HSBC, Ihag Handelsbank AG, Incore Bank AG, Liechtensteinische LB Reinvest AMS, Lloyds TSB Bank Geneva, Lombard Odier Darier Hentsch & Cie, National Bank of Kuwait, NBK Banque Privee Suisse SA, Pictet & Cie, PKB Privatbank AG, Quasar Funds SPC, AKA Quasar Fund SPC Class A and Class B CGCNV, RBS Coutts Bank Ltd., Rothschild Bank AG Zurich (Dublin), AKA Rothschild Bank AG, Rothschild Bank Geneva (Dublin), Rothschild Lugano Dublin, AKA Banca Privata Edmond de Rothschild Lugano S.A., SIS Seeganintersettle, Six SIS Ltd., Societe Generale Bank & Trust, T1 Global Fund Ltd., UBS AG New York, UBS AG Zurich, UBS Jersey Nominees, Verwaltungs und Privat - Bank AG Aktiengesellschaft (AMS), Vorarlberger Landes UND Hypothekenbank Aktiengesellschaft, Verwaltungs-und Privat-Bank Aktiengesellschaft, now known as, VP Bank AG, Centrum Bank Aktiengesellschaft, Union Bancaire Prive, UBP SA, Allianz Bank Financial Advisors SPA, Liechtensteinische Landesbank Aktiengesellschaft, UBS AG, Vorarlberger Landes - Und Hypothekenbank AG,

      Appellees,

LGT Bank in Liechtenstein AG,

      ADR Provider - Appellee.

_____

Katten Muchin Rosenman LLP moves to terminate the Acknowledgment and Notice of Appearance and the Notice of Appearance as Additional Counsel filed on October 13, 2022, on behalf of the entities listed as RBC Dexia Investor Service Julius Baer Sicav and RBC Investor Services Bank, S.A., FKA RBC Dexia Investor Services Bank, S.A. It also moves to correct the case caption and remove RBC Dexia Investor Service Julius Baer Sicay and RBC Investor Services Bank, S.A. FKA RBC Dexia Investor Services Bank S.A. as parties to this appeal. Plaintiffs-Appellants do not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED. The caption shall be amended to conform with the caption set forth above.

                                                  For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court