## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Fairfield Sentry Limited    Docket No.: 22-2101

Lead Counsel of Record (name/firm) or Pro se Party (name): Andrew M. Leblanc / Milbank LLP

Appearance for (party/designation): Dresdner Lateinamerika AG f/k/a Dresdner Bank Lateinamerika AG / Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
       Parties:
( ) Incorrect.   Please change the following parties' designations:
       Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                                Fax:
Email:

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Appellant stated in its Acknowledgment and Notice of Appearance that this is one of 426 related cases before this Court, that the first related case is In re: Fairfield Sentry Limited, Case No, 22-2101, and that Appellant's counsel will file an addendum with all related cases when in receipt of the case numbers.

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 10/12/2022    OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Andrew M. Leblanc
Type or Print Name: Andrew M. Leblanc
       OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.