# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Fairfield Sentry Limited    Docket No.: 22-2101

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Melanie Westover Yanez

Firm: Milbank LLP

Address: 1850 K Street, NW, Suite 1100, Washington, D.C. 20006

Telephone: 202-835-7560    Fax: 202-263-7586

E-mail: MWYanez@milbank.com

Appearance for: Dresdner Lateinamerika AG f/k/a Dresdner Bank Lateinamerika AG / Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Andrew M. Leblanc / Milbank LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/13/2022    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Melanie W. Yanez

Type or Print Name: Melanie W. Yanez