

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**GARY J. MENNITT**

Gary.Mennitt@dechert.com
+1 212 698 3831 Direct

February 27, 2023

**VIA ELECTRONIC FILING / ECF**

Catherine O'Hagan Wolfe,
Clerk of Court Office of the Clerk
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In Re: Fairfield Sentry Limited*, No. 22-2101

Dear Ms. O'Hagan Wolfe:

Please withdraw Daphne Ha's appearance as counsel for Appellee Avalon Absolute Return Funds PLC in this matter. Ms. Ha is no longer a member of or otherwise affiliated with Dechert LLP. I will remain as counsel for Avalon Absolute Return Funds PLC.

Respectfully,

*/s/ Gary J. Mennitt*

Gary J. Mennitt

cc: All counsel (by ECF)