# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Fairfield Sentry Limited    Docket No.: 22-2101

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lisa M. Schweitzer

Firm: Cleary Gottlieb Steen & Hamilton LLP

Address: One Liberty Plaza, New York, NY 10006

Telephone: 212-225-2629    Fax: 212-225-3999

E-mail: lschweitzer@cgsh.com

Appearance for: BNP Paribas defendants-appellees (see attached Addendum)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Ari D. MacKinnon / Cleary Gottlieb Steen & Hamilton LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Lisa M. Schweitzer

Type or Print Name: Lisa M. Schweitzer

## ADDENDUM
## Related Cases Involving BNPP Defendants-Appellees

|  | Defendant(s) | Case Name | Bankr. Court Index No. | First Round Appeal Index No. | Second Round Appeal Index No. | Second Circuit Index No. |
|---|---|---|---|---|---|---|
| 1. | BGL BNP Paribas S.A. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas SA, et al.* | 10-03626 | N/A | 21-cv-3537 | 22-2560 |
| 2. | BNP Paribas Securities Services Luxembourg | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-03627 | N/A | 21-cv-3547 | 22-2611 |
| 3. | 1) BNP Paribas (Suisse) SA<br>2) BNP Paribas (Suisse) SA Ex Fortis<br>3) BNP Paribas (Suisse) SA Private | *Fairfield Sentry Limited (In Liquidation) v. ABN Amro Schweiz AG* | 10-03635 | 19-cv-4964 | 21-cv-4400 | 22-2208 |
| 4. | 1) BNP Paribas (Suisse) SA<br>2) BNP Paribas (Suisse) SA Ex Fortis<br>3) BNP Paribas (Suisse) SA Private | *Fairfield Sentry Limited (In Liquidation) v. ABN Amro Schweiz AG* | 10-03635 | 19-cv-4964 | 21-cv-4400 | To be opened |
| 5. | 1) BNP Paribas (Suisse) SA<br>2) BNP Paribas (Suisse) SA Ex Fortis<br>3) BNP Paribas (Suisse) SA Private | *Fairfield Sentry Limited (In Liquidation) v. ABN Amro Schweiz AG* | 10-03636 | 19-cv-4888 | 21-cv-4486 | 22-2304 |
| 6. | 1) BNP Paribas (Suisse) SA<br>2) BNP Paribas (Suisse) SA Ex Fortis,<br>3) BNP Paribas (Suisse) SA Private | *Fairfield Sentry Limited (In Liquidation) v. ABN Amro Schweiz AG* | 10-03636 | 19-cv-4488 | 21-cv-4486 | To be opened |
| 7. | BNP Paribas Arbitrage SNC | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098 | 19-cv-4385 | 21-cv-3615 | 22-2158 |
| 8. | BNP Paribas Arbitrage SNC | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-04098 | 19-cv-4385 | 21-cv-3615 | 22-2576 |

| | Defendant(s) | Case Name | Bankr. Court Index No. | First Round Appeal Index No. | Second Round Appeal Index No. | Second Circuit Index No. |
|---|---|---|---|---|---|---|
| 9. | BNP Paribas Private Bank & Trust Cayman Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099 | 19-cv-5006 | 21-cv-3654 | 22-2284 |
| 10. | BNP Paribas Private Bank & Trust Cayman Ltd. | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-04099 | 19-cv-5006 | 21-cv-3654 | 22-2574 |
| 11. | BGL BNP Paribas S.A. (as successor-in-interest to BGL (f/k/a Fortis Banque Luxembourg (f/k/a Banque Générale du Luxembourg))) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas SA, et al.* | 11-01242 | 19-cv-4500 | 21-cv-3284 | 22-2236 |
| 12. | BGL BNP Paribas S.A. (as successor-in-interest to BGL (f/k/a Fortis Banque Luxembourg (f/k/a Banque Générale du Luxembourg))) | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas SA, et al.* | 11-01242 | 19-cv-4500 | 21-cv-3284 | 22-2596 |
| 13. | BNP Paribas Securities Nominees Limited | *Fairfield Sentry Limited (In Liquidation) v. BNP Paribas Securities Nominees Ltd.* | 11-01579 | 19-cv-4973 | 21-cv-3752 | 22-2186 |
| 14. | BNP Paribas Securities Nominees Limited | *Fairfield Sentry Limited (In Liquidation) v. BNP Paribas Securities Nominees Ltd.* | 11-01579 | 19-cv-4973 | 21-cv-3752 | 22-2399 |
| 15. | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV n/k/a BNP Paribas Fortis, et al.* | 11-01617 | 19-cv-4395 | 21-cv-4487 | 22-2113 |
| 16. | Fortis Bank SA/NV n/k/a BNP Paribas Fortis | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV n/k/a BNP Paribas Fortis, et al.* | 11-01617 | 19-cv-4395 | 21-cv-4487 | To be opened |
| 17. | BNP Paribas España | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas España, et al.* | 12-01551 | 19-cv-4415 | 21-cv-3493 | 22-2151 |
| 18. | BNP Paribas España | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas España, et al.* | 12-01551 | 19-cv-4415 | 21-cv-3493 | 22-2581 |