1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER&BLOCK** LLP

Carl Wedoff
Tel 212 891 1653
cwedoff@jenner.com

May 5, 2023

**BY ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In Re: Fairfield Sentry Limited*, No. 22-2101

Dear Ms. Wolfe:

    This firm represents Defendants-Appellees Banco Santander International SA, Banque SYZ SA, Crèdit Andorrà/Crediinvest, and Mirabaud & Cie SA (together, the "**Defendants-Appellees**") in case numbers 22-2125, 22-2132, 22-2355, 22-2361, 22-2420, 22-2429, 22-2442, and 22-2548, which have been consolidated with the above-referenced consolidated appeal. In accordance with Federal Rule of Appellate Procedure 28(i), the Defendants-Appellees join in and adopt the Consolidated Brief For Defendants-Appellees filed today, May 5, 2023, by Nowell D. Bamberger of Cleary Gottlieb Steen & Hamilton LLP in Case No. 22-2101 [Dkt. 661].

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ *Carl Wedoff*
    Carl Wedoff

Cc: All counsel (via ECF)