# SEIDEN | LAW

322 Eighth Avenue
Suite 1704
New York, NY 10001 USA
+1.646.766.1914
www.seidenlaw.com

May 6, 2023

**BY ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In Re: Fairfield Century Limited*, 22-2101-bk(L)

Dear Ms. Wolfe,

    This firm represents Defendant-Appellee Don Chimango S.A., in case number 22-2553, which has been consolidated into the above-referenced appeal. Pursuant to Federal Rule of Appellate Procedure 28(i), Don Chimango S.A. joins in and adopts the Brief of Defendants-Appellees filed May 5, 2023, by Nowell D. Bamberger of Cleary Gottlieb Steen & Hamilton LLP in Case No. 22-2101 (Dkt. 661).

    Thank you for your assistance.

    Respectfully submitted,

    /s/*Amiad Kushner*
    Amiad Kushner
    322 Eighth Ave., Suite 1704
    New York, NY 10001

    *Counsel for Defendant-Appellee*
    *Don Chimango S.A.*

cc: All counsel (via ECF)