# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Irving H. Picard, Trustee     Docket No.: 22-2304

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Gregory F. Hauser

Firm: Wuersch & Gering LLP

Address: 100 Wall Street, 10th Fl.

Telephone: (212) 509-5050     Fax:

E-mail: gregory.hauser@wg-law.com

Appearance for: Finter Bank Zurich (n/k/a Bank Vontobel AG)
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: George W. Shuster, Jr./ Wilmer Cutler Pickering Hale and Dorr LLP)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 6, 2020     OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Gregory F. Hauser

Type or Print Name: Gregory F. Hauser