## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Fairfield Sentry Limited     Docket No.: 22-2101

Lead Counsel of Record (name/firm) or Pro se Party (name): Joshua D. Liston/Beys Liston & Mobargha LLP

Appearance for (party/designation): Celfin International Limited (now known as BTG Pactual (Cayman) International Holding Limited)/Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

- [ ] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are:_____
- [✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: In Re: Fairfield Sentry Limited, 22-2489; In Re: Fairfield Sentry Limited, 22-2358

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____OR that [ ] I applied for admission on_____or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name: Joshua D. Liston
      OR
Signature of pro se litigant: _____
Type or Print Name:_____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.