# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand twenty-three.

_____

In Re: Fairfield Sentry Limited

**ORDER**

Docket No. 22-2101(Lead)

_____

    Selendy Gay Elsberg PLLC moves to be relieved as counsel for the Appellants' Fairfield Sentry Ltd. (In Liquidation); Fairfield Sigma Ltd. (In Liquidation); Fairfield Lambda Ltd. (In Liquidation); Kenneth Krys, solely in his capacity as Foreign Representative and Liquidator thereof; and Greig Mitchell, solely in his capacity as Foreign Representative and Liquidator thereof.

    IT IS HEREBY ORDERED that the motion to be relieved is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court