UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand and twenty-four.

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof, | **Docket No.: 22-2101 (Lead)** |
| Plaintiffs-Appellants, | |
| v. | |
| Citibank NA London, et al., | |
| Defendants-Appellees. | |
| In re Fairfield Sentry Limited, | **Docket No.: 22-2642** |
| Debtor. | |

**STIPULATION**

The undersigned counsel for Appellants, and for Appellee Bordier & Cie SCmA (sued as Bordier & Cie) ("Bordier & Cie"), hereby stipulate that the above-captioned appeal—*i.e.*, Case No. 22-2642—is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1).[1] Each party shall bear its own costs.

---

[1] Out of an abundance of caution and for the avoidance of doubt, the parties note that this stipulation pertains only to Case No. 22-2642. A separate, non-dispositive stipulation will be filed with respect to Bordier & Cie for purposes of Case No. 22-2101.

Dated: New York, N.Y.
      February 22, 2024

| | |
|---|---|
| **CLEMENT & MURPHY, PLLC** | **ALLEGAERT BERGER & VOGEL LLP** |
| Paul D. Clement<br>706 Duke Street<br>Alexandria, VA 22314<br>T: (202) 742-8900<br>paul.clement@clementmurphy.com | John F. Zulack<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>T: (212) 571-0550<br>julack@abv.com |
| *Attorney for Appellants* | *Attorney for Appellee Bordier & Cie SCmA (sued as Bordier & Cie)* |