**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: March 04, 2024
Docket #: 22-2101bk
Short Title: In Re: Fairfield Sentry Limited

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 19-cv-3911
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4078
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4882
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4571
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4573
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4886
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4081
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4395
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4585
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4084
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4089
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4930
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4090
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4605
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4624
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4396
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4608
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4102
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4743
DC Court: SDNY (NEW YORK CITY)DC Docket #: 19-cv-4941

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4627
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4657
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4660
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4668
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4099
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4100
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4438
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4545
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4101
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4414
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4744
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4439
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4426
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4547
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4425
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4549
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4933
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4683
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4552
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4610
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4687
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4765
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4079

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4415
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4441
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4565
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4766
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4445
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4385
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4418
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4428
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4691
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4611
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4431
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4569
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4739
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4767
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4768
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4623
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4432
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4944
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4869
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4741
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4386
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4434
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4742

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4437
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4789
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4798
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4806
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4809
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4773
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4973
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4813
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4817
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4483
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4818
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4974
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4965
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4424
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4778
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4420
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4934
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4976
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4129
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4986
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4865
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4988
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4501

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4989
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4964
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4990
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5023
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4991
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4105
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4489
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4486
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4967
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4484
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4490
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4825
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4131
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4491
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4853
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4979
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4134
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4860
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4495
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4145
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4138
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4998
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4500

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5033
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4170
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4861
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5044
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4972
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4359
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4225
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4535
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4364
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4536
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5020
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4381
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4985
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4498
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4155
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5054
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4539
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4863
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3397
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4146
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4540
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4365
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4254

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4543
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3399
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3401
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4546
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4367
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4257
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4388
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4173
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5056
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4369
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4261
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4379
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4550
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4994
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4263
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4561
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5125
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4995
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4265
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4567
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4148
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5006
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2703

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4153
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4382
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4168
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2710
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5034
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4416
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2715
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2731
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4502
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4515
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5024
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5019
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4178
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4888
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4533
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4262
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4267
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4268
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4274
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4188
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4446
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3079
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3080

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3085
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3088
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3028
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3426
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4604
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4607
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3431
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3032
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4620
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4278
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3436
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4285
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3091
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3407
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2733
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3449
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5035
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4459
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3409
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3077
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4317
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5040
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2735

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2738
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4319
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3417
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3042
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4770
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3239
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5042
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3018
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4324
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4357
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4962
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3421
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3419
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4864
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4203
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2744
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4461
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4779
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2747
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5030
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2750
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4782
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3451

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2766
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2774
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4785
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3452
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4219
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5107
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4475
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5108
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3732
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5130
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5109
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3752
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5110
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4771
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3072
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5157
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4963
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3753
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5117
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5112
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5118
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5131
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5119

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3472
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5132
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3666
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4772
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3478
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2749
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5142
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3670
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5115
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3484
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4479
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3754
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3074
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5126
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4570
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4603
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3759
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3249
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3458
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4788
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3460
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3549
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5223

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5228
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3465
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3772
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3259
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5237
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3781
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5238
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3368
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3798
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3488
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5143
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3802
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3686
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3813
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3489
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3837
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5149
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5057
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2755
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3491
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5153
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-CV-5071
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3512

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3102
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5089
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3845
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3106
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5220
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5154
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3372
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3856
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2826
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3767
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3380
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3905
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3907
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3127
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3130
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3391
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3515
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3133
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3110
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3911
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3516
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3134
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3939

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3394
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3150
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3692
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5106
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5241
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3892
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2788
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3396
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3897
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3176
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2790
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3901
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3112
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2830
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3172
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3873
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2849
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2835
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3953
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3903
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3233
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3215
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2794

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3972
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3966
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3957
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2839
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3213
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5240
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2853
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3010
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4008
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4020
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3337
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4023
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4027
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3243
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3340
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3995
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3364
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3343
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3526
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3344
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3522
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3347
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3529

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3358
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3361
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3537
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5135
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3520
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2864
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2861
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3553
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3755
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4015
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3663
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3281
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3654
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3285
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3615
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3580
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3289
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2977
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3493
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3998
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3248
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5061
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3290

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2980
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4001
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3310
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2997
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3283
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4017
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3008
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4003
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3284
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3313
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3292
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3519
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2964
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3508
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2970
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5067
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3567
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3547
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3518
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3509
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-4384
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3531
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 19-cv-5068

DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3528
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3510
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3092
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3511
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3097
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3157
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3161
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3940
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-2828
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3952
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-3188
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4400
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4487
DC Court: SDNY (WHITE
PLAINS)DC Docket #: 21-cv-
4496
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 21-cv-4486
DC Court: SDNY (NEW YORK
CITY)
DC Judge: Broderick

## NOTICE OF HEARING DATE

**Argument Date/Time:** Friday, April 12, 2024 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square,
New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:** Fairfield Sentry Limited, et al       } 30 mins
Murdoch & Co., Robinson & Co. et al    ]

Fairfield Sentry Limited, et al       }
Citigroup Global Markets Limited, et al    ] 30 mins

*To be heard in tandem with 23-965, 23-967, 23-970 etc…
}] Argument time to be shared

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

The Court prefers to hold argument in person. However, argument may be held by Zoom, teleconference, or a combination of in-person and remote arguments, depending upon then current pandemic-related considerations. A party who has demonstrated good cause by motion and judges may participate remotely. If an argument is remote, the parties will receive instructions to access Zoom or the teleconference.

Individuals who arrive at the courthouse for argument must meet the health screening requirements and entrance protocols specified at the entrance to the building and should check the Court's website under Announcements for up to date information.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

See page 2 for additional information.
--------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:
Firm Name (if applicable):
Current Telephone Number:

The above named attorney represents:
( ) Appellant/Petitioner    ( ) Appellee-Respondent ( )    Intervenor

Date: _____ Signature: _____

## NOTICE TO THE BAR

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request

to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Rev. 10/2023