# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 17, 2026

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:   Fairfield Sentry Ltd., et al.
              v. Citibank NA London, et al.
              No. 25-1089
              (Your No. 22-2101, 23-965)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 13, 2026 and placed on the docket March 17, 2026 as No. 25-1089.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst