**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand twenty-six.

Before:  Eunice C. Lee,
  *Circuit Judge*.

_____

In Re: Fairfield Sentry Limited

_____

**ORDER**

Docket Nos. 22-2101(L), 22-2287(con)

Counsel for Appellee Monte Paschi Ireland Limited moves to be relieved.

IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the issuance of the Court's mandate.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court